UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No. 07-61024-CIV-COHN/WHITE

ROBERT WASHINGTON,

      Petitioner,

v.

JAMES McDONOUGH,

      Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 17],

submitted by United States Magistrate Judge Patrick A. White on November 19, 2007,

regarding Petitioner Robert Washington's *pro se* Petition for Writ of Habeas Corpus,

filed pursuant to 28 U.S.C. §2254, challenging the constitutionality of his convictions for

carjacking with a firearm and aggravated assault entered on a jury verdict in Broward

County Circuit Court case number 97-4713CR10A, and for robbery and felon in

possession of a firearm entered on a jury verdict in Broward County Circuit Court case

number 97-3884CF10A. Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a

*de novo* review of the record herein, including the Petition, the Report and

Recommendation, and Petitioner's Objections [DE 18], and is otherwise fully advised in

the premises.

In his objections Mr. Washington addresses only the merits of his claim, arguing

that the decision in <u>Roberts v. State</u>, 874 So.2d 1225 (Fla. 4th DCA 2004), should be

applied retroactively to his case. However, this Court agrees with Judge White's

conclusion in the Report and Recommendation that Mr. Washington's claim is time-barred. Mr. Washington appears to argue that the statute of limitations should run from the date that <u>Roberts</u> was decided, but as the Report and Recommendation explains, his claims are not based upon a constitutional right newly recognized by the United States Supreme Court that has been made retroactively applicable to cases on collateral review, and so the statute of limitations must run from the date the judgment became final in his case. <u>See</u> 28 U.S.C. §2244(d)(1)(C). Furthermore, Mr. Washington has presented no arguments, either before Judge White or in his Objections before this Court, that would justify the application of equitable tolling to his claim. Accordingly, this Court concludes that Mr. Washington's claim is time-barred and must be dismissed.

For the foregoing reasons, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge Patrick A. White [DE 17] is **ADOPTED**.

2. Petitioner Robert Washington's Petition for Writ of Habeas Corpus [DE 1] is **DISMISSED** as time-barred.

3. Any other pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 29th day of December, 2007.

JAMES I. COHN
United States District Judge

2

Copies provided to:

Counsel of record

Robert Washington, *pro se*
DC #04128
South Bay Correctional Facility
P.O. Box 7171
South Bay, FL  33493